2015 UT App 56

# THE UTAH COURT OF APPEALS

STATE OF UTAH,
Plaintiff and Appellee,
*v.*
MANUEL LOPEZ VILLEDA,
Defendant and Appellant.

Per Curiam Decision
No. 20140695-CA
Filed March 5, 2015

Third District Court, Salt Lake Department
The Honorable Deno G. Himonas
No. 081901854

Criag L. Pankratz and David M. Corbett, Attorneys
for Appellant

Sean D. Reyes and Laura B. Dupaix, Attorneys
for Appellee

Before JUDGES J. FREDERIC VOROS JR., STEPHEN L. ROTH
and MICHELE M. CHRISTIANSEN.

PER CURIAM:

¶1      Appellant Manuel Villeda appeals from the trial court's denial of his motion made pursuant to rule 4(f) of the Utah Rules of Appellate Procedure and *Manning v. State*, 2005 UT 61, 122 P.3d 628, to reinstate his appeal rights and allow him to appeal from the revocation and reinstatement of his probation. Villeda's appellate counsel filed a brief complying with *Anders v. California*, 386 U.S. 783 (1967) and *State v. Clayton*, 639 P.2d 168 (Utah 1981). That brief "objectively demonstrate[s] that the issues raised are frivolous." *State v. Flores*, 855 P.2d 258, 260 (Utah Ct. App. 1993) (per curiam); *see also State v. Wells*, 2000 UT App 304, ¶7, 13 P.3d 1056 (per curiam) (stating that an *Anders* brief must brief all potential appellate issues identified by either

the defendant or counsel and objectively demonstrate that those issues are frivolous). Based upon our review of counsel's brief and our independent examination of the record, we determine that the appeal is wholly frivolous, and accordingly, we affirm the decision of the district court and grant counsel's motion to withdraw.

¶2     Affirmed.

_____